## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION (DETROIT)

**DAVID L. STOCKMAN,**

    Defendant & Counter-Plaintiff,

**v.**

**NEOGENOMICS LABORATORIES, INC.,**

    Plaintiff & Counter-Defendant,

and

**MICHIGAN HEALTH CLINICS, P.C.,**

    Defendant.

**Case No. 4:25-cv-14038**

---

### NeoGenomics Laboratories' Notice of Stockman's Failure to Comply

NeoGenomics Laboratories, Inc. ("NeoGenomics") files this Notice to inform the Court of Defendant/Counter-Plaintiff David Stockman's ("Stockman") failure to comply with this Court's ordered deadlines. NeoGenomics states as follows:

1.    Stockman filed his notice of removal with the Court on December 15, 2025 (the "Removal") (ECF No. 1).

2.    In order to protect its rights and seek clarification after Stockman failed to properly serve or provide notice of the Removal to NeoGenomics, NeoGenomics

filed its Motion for Clarification and Brief in Support on January 14, 2026. (ECF No. 6).

3.      In response to NeoGenomics' motion, this Court set a deadline of February 3, 2026, for Stockman to show cause as to why the case should not be remanded for lack of subject matter jurisdiction. (ECF No. 7, the "Show Cause Order").

4.      Stockman did not file a timely response.

5.      On February 4, 2026, Stockman filed a motion for extension of time to respond to the Court's Show Cause Order for an additional seven days. (ECF No. 8). The Court granted the motion the same day. (ECF No. 9).

6.      To date, Stockman has not filed a response to the Court's Show Cause Order.

7.      The Show Cause Order states that "**[f]ailure to file a sufficient response will result in this case being remanded to state court**." (ECF No. 7 (citing *Brierly v. Alusuisse Flexible Packaging, Inc.,* 184 F.3d 527, 534 (6th Cir. 1999) (emphasis in original)).

8.      Based on Stockman's failure to comply with this Court's Orders and the Court's prior statement regarding remand, NeoGenomics respectfully submits that the Court should remand this matter.

Respectfully submitted this 27th day of March, 2026.

/s/ Daniel J. Martin
Daniel J. Martin
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL  35203
(205) 251-8100
dmartin@balch.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 27, 2026, I filed a copy of the foregoing using the CM/ECF system, and also served Defendants with a copy of the foregoing via Certified U.S. Mail as follows:

David Stockman
3925 Fortune Blvd
Suite 2
Saginaw, MI  48603
Dstockma4@icloud.com

Michigan Health Clinics, P.C.
Attn: David Stockman
3925 Fortune Blvd
Saginaw, MI 48603

*/s/ Daniel J. Martin*
Daniel J. Martin (P67848)
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL  35203
(205) 251-8100
dmartin@balch.com
